# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Champagne Services, LLC**                                      Case No. **16-11683**
                              Debtor(s)                                 Chapter  **11**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  *Check if applicable:* [ ] Soc. Sec. No. amended. *[If applicable: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]*
- [ ] Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- [ ] Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- [ ] Schedule A/B - Property
- [ ] Schedule C - The Property You Claim as Exempt
- [x] Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- [x] Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  **($30.00 fee required** *if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - [x] Creditor(s) added      [ ] Creditor(s) deleted
  - [x] Change in amounts owed or classification of debt
  - [ ] No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - [ ] Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER:** **Conversion of Chapter 13 to Chapter 7** - only file Schedule of Unpaid Debts.
- [ ] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Your Income
- [ ] Schedule J - Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 121 - Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- [ ] Statement of Financial Affairs
- [ ] Statement of Intention for Individuals Filing Under Chapter 7
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- [ ] Attorney's Disclosure of Compensation
- [ ] Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:  **See attached list**.

Date:  **July 13, 2016**

                              /s/ Whitney Lawrimore Hughes
                              **Whitney Lawrimore Hughes**
                              Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                              State Bar No.: 82331
                              Mailing Address: **Westlake Legal Group**
                                               **46175 Westlake Drive**
                                               **Suite 320**
                                               **Sterling, VA 20165**
                              Telephone No.: 703-406-7616

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Champagne Services, LLC**                                    Case No.  **16-11683**
                           Debtor(s)                                   Chapter   **11**

**TO: SEE ATTACHED LIST**

## NOTICE TO
## CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☑ adding you as a creditor,
☐ deleting you as a creditor,
☑ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Champagne Services, LLC**

Date: **July 13, 2016**         By   **/s/ Whitney Lawrimore Hughes**
                                    Attorney for Debtor [or *Pro Se* Debtor]
                                    State Bar No.:  **82331**
                                    Address:  **Westlake Legal Group**
                                              **46175 Westlake Drive**
                                              **Suite 320**
                                              **Sterling, VA 20165**
                                    Telephone No.:  **703-406-7616**

## CERTIFICATION

I certify that on   **July 13, 2016**   , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

                                    **/s/ Whitney Lawrimore Hughes**
                                    **Whitney Lawrimore Hughes**
                                    Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

**Creditors Served:**

Mr. David Kiser
104 Magnolia Road
Sterling, Virginia 20164

Fundbox
300 Montgomery Street
San Francisco, CA 94104

Geoffrie Crawley
16869 Ivandale Road
Hamilton, Virginia 20158

WEX BANK
PO BOX 6293
CAROL STREAM IL 60197-6293

The Hartford
PO Box 660916
Dallas, TX 75266-0916

Can Capital Asset Servicing
2015 Vaughn Road NW
Building 500
Kennesaw, GA 30144

Pleasant Properties
905 Monroe Street
Herndon, VA 20170

7/12/16 4:03PM

**Fill in this information to identify the case:**

Debtor name: **Champagne Services, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): **16-11683**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 **Can Capital Asset Servicing**<br>Creditor's Name<br>2015 Vaughn Road NW<br>Building 500<br>Kennesaw, GA 30144<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Assets of Business**<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,000.00 | $0.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$70,000.00**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **Champagne Services, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): **16-11683**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address: **County of Loudoun Virginia, 1 Harrison St. SE, 1st Floor, Leesburg, VA 20175**<br>Date or dates debt was incurred: <br>Last 4 digits of account number: <br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Business License Tax**<br>Is the claim subject to offset? ☑ No ☐ Yes | $4,000.00 | $4,000.00 |
| 2.2 | Priority creditor's name and mailing address: **Internal Revenue Service, Department of Treasury, Cincinnati, OH 45999-0005**<br>Date or dates debt was incurred: <br>Last 4 digits of account number: <br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Payroll Taxes**<br>Is the claim subject to offset? ☑ No ☐ Yes | $60,000.00 | $60,000.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address: **Accord Business Funding, 3730 Kirby Drive, Suite 720, Houston, TX 77098**<br>Date(s) debt was incurred: **3/2/2016**<br>Last 4 digits of account number: _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ☑ No ☐ Yes | $25,000.00 |

Debtor  Champagne Services, LLC                          Case number (if known)  16-11683
        Name

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>David Kiser<br>104 Magnolia Road<br>Sterling, VA 20164 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Fundbox<br>300 Montgomery Street<br>San Francisco, CA 94104 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,300.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Geoffrie Crawley<br>16869 Ivandale Road<br>Hamilton, VA 20158 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$312,000.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Loan Me<br>1900 S. State College Blvd<br>Suite 300<br>Anaheim, CA 92806 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$77,000.00** |
| | Date(s) debt was incurred  1/11/2016 | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number  7402 | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Pearl Capital<br>9th Floor, 100 William Street<br>New York, NY 10038 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75,000.00** |
| | Date(s) debt was incurred  4/4/2016 | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Pleasant Properties<br>905 Monroe Street<br>Herndon, VA 20170 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,512.87** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$589.00** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Wex Bank<br>PO BOX 6293<br>Carol Stream, IL 60197-6293 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150.00** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit Card for Fuel** | |
| | Last 4 digits of account number  1614 | Is the claim subject to offset? ☑ No ☐ Yes | |

**Part 3:  List Others to Be Notified About Unsecured Claims**

| Debtor | Champagne Services, LLC | Case number (if known) | 16-11683 |
|---|---|---|---|
| | Name | | |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 64,000.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 503,039.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 567,039.00 |

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Champagne Services, LLC** <br> Name | EIN | **47−2610004** |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter **11** | **May 12, 2016** |
| Case number: | **16−11683−RGM** | | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/15

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| 1. Debtor's full name | Champagne Services, LLC | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 1329 Shepard Drive, Suite 5 <br> Sterling, VA 20164 | |
| 4. Debtor's attorney <br> Name and address | Thomas K. Plofchan Jr. <br> Westlake Legal Group <br> 46175 Westlake Drive, #320 <br> Sterling, VA 20165 | Contact phone (703)406−7616 <br> Email: tplofchan@westlakelegal.com |
| 5. Bankruptcy clerk's office <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br><br> McVCIS 24−hour case information: <br> Toll Free 1−866−222−8029 | 200 South Washington Street <br> Alexandria, VA 22314 <br><br> Hours open Monday − Friday, 9:00 AM − 4:00 PM ET, except on holidays. <br><br> Contact phone 703−258−1200 | For the Court: <br><br> Clerk of the Bankruptcy Court: <br> William C. Redden <br><br> Date: May 17, 2016 |
| 6. Meeting of creditors <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 15, 2016 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **115 South Union Street, Suite 208, Alexandria, VA 22314** |

For more information, see page 2 >

Official Form 309F (For Corporations or Partnerships) **Notice of Chapter 11 Bankruptcy Case**    page 1

Debtor  **Champagne Services, LLC**                                              Case number **16-11683-RGM**

| | | |
|---|---|---|
| 7. | Proof of claim deadline | **Deadline for filing proof of claim: September 13, 2016**<br>For a governmental unit: **November 8, 2016**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint: August 15, 2016** |
| 9. | Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | Local Rule Dismissal Warning | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007-1, 1007-3, and 2003-1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004-2 and 6007-1. |
| 13. | Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non-debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non-debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877-837-3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

Official Form 309E (For Corporations or Partnerships)    **Notice of Chapter 11 Bankruptcy Case**                                         page 2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:  
Champagne Services, LLC

Social Security/Taxpayer ID Nos.:

47-2610004

Case Number:    16-11683-RGM  
Chapter  11

Debtor(s)

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003-1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is September 13, 2016 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until November 8, 2016, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated:   May 17, 2016

Proof of Claim page for Chapter 11

**FOR THE COURT:**

William C. Redden  
Clerk of the Bankruptcy Court