IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CHAMPAGNE SERVICES LLC, ) | |
| ) | Case No. 16-11683-RGM |
| ) | Chapter 11 |
| Debtor ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Westlake Legal Group, counsel for Debtor, Champagne Services LLC, and moves this Court for leave to withdraw as attorney of record for the Debtor in the above-styled case, and in support thereof, respectfully states as follows:

1. This withdrawal of counsel will not prejudice the debtor in this case.

2. Debtor has received sufficient notice of this withdrawal of counsel.

3. Debtor has sufficient time to prepare any further action on the case as well as retain such other attorney as desired.

4. Debtor's address is:

> Champagne Services
> Geoff Crawley
> 1329 Shepard Drive, Suite 5
> Sterling, Virginia 20164
> Tel: 703- 787-0300

WHEREFORE Westlake Legal Group respectfully moves this Court for leave to withdraw as counsel as above petitioned.

Respectfully submitted,

CHAMPAGNE SERVICES, LLC

By Counsel

1

WESTLAKE LEGAL GROUP

/s/ Thomas K. Plofchan, Jr.
Thomas K. Plofchan, Jr., VSB # 34536
Whitney Lawrimore Hughes, VSB # 82331
46175 Westlake Drive, Suite 320
Potomac Falls, VA 20165
Telephone: (703) 406-7616
Facsimile: (703) 444-9498
tplofchan@westlakelegal.com
wlawrimore@westlakelegal.com
*Proposed Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was submitted on the 20th day of October, 2016, by first-class mail and facsimile, upon:

| | |
|---|---|
| Office of the United States Trustee<br>Region 4<br>115 S. Union Street, Suite 210<br>Alexandria, Virginia 20314 | Can Capital Asset Servicing<br>155 North 400 West<br>Suite 315<br>Salt Lake City, UT 84103-1111 |
| Accord Business Funding<br>3730 Kirby Drive<br>Suite 720<br>Houston, TX 77098-3933 | County of Loudoun Virginia<br>1 Harrison Street SE<br>1st Floor<br>Leesburg, Virginia 20175-3102 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Loan Me<br>1900 S. State College Blvd<br>Suite 300<br>Anaheim, CA 92806-6152 |
| Pearl Capital<br>9th Floor, 100 William Street<br>New York, NY 10038-0000 | Pleasant Properties<br>905 Monroe Street<br>Herndon, VA 20170-3209 |
| Web Bank<br>Can Capital Asset Servicing<br>155 North 400 West<br>Suite 315<br>Salt Lake City, UT 84103-1111 | Geoff Crawley<br>Champagne Services<br>1329 Shepard Drive, Suite 5<br>Sterling, Virginia 20164 |

/s/ Thomas K. Plofchan, Jr.
Thomas K. Plofchan, Jr.

2