UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Alexandria Division

In re:

**Champagne Services, LLC.**

Debtor.

Case No. 16-11683-RGM

Chapter 11

**Hearing**
**November 29, 2016, at 11:00 am**
**Courtroom I, 2nd Floor**

### Amended Notice of Motion and Hearing

The Office of the U.S. Trustee has filed papers with the court to dismiss or convert this case to a case under chapter 7 of the Bankruptcy Code**.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before the scheduled hearing, **Tuesday, November 29, 2016, at 11:00 am,** you or your attorney must:

- File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **November 29, 2016, at 11:00 o'clock a.m.** in Courtroom No. 1, Second Floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

1

■  United States Trustee
115 South Union St, Suite 210
Alexandria, Va 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

November 14, 2016        Judy A. Robbins
United States Trustee

/s/*Jack I. Frankel*
Jack I. Frankel, Attorney
Office of United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7176

Certificate of Service

I hereby certify that on the 14th day of November, 2016, I mailed, first class, postage prepaid, a true copy of the motion and amended notice of motion to the Debtor at:

**Champagne Services, LLC**
1329 Shepard Drive, Suite 5
Sterling, VA 20164

/s/  Jack Frankel

2